ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ANNA R. WRIGHT
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: anna.wright@usdoj.gov
Attorneys for Plaintiff

**FILED**

2018 MAY 16 PM 3: 12

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

vs.

Jesus Gonzales-Franco,
aka Jesus Manuel Gonzalez-Franco,

        Defendant.

CR18- 846TUC CKJ (DTF)

I N D I C T M E N T

Violations:
8 U.S.C. § 1326(a)

(Illegal Reentry)

**THE GRAND JURY CHARGES:**

On or about April 22, 2018, at or near Newfield, in the District of Arizona, Jesus Gonzales-Franco, aka Jesus Manuel Gonzalez-Franco, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Nogales, Arizona, on or about September 6, 2017, and not having obtained the express consent of the Attorney General or the Secretary of the

///

Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

/ S /

_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/ S /

Assistant United States Attorney

Dated:   May 16, 2018

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Jesus Gonzales-Franco*
*Indictment Page 2 of 2*